

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00272-CR

_____

**TOMMY VILLAREAL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 66th District Court
Hill County, Texas
Trial Court No. 38,366**

_____

# ORDER

_____

Appellant's brief was filed on May 24, 2018.  The Court notes that appellant's brief, contains sensitive data, *i.e.* the name of the child who was the victim and a minor at the time the offense was committed, in violation of Rule 9.10(a)(3), (b) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 9.10.

Accordingly, the Court strikes appellant's brief.  Appellant must submit a new brief without the victim's name in accordance with Rule 9.10(d) of the Texas Rules of Appellate Procedure within 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appellant's brief stricken
Order issued and filed June 6, 2018

